UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRITZ ALFREDO ERHARDT,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RAYTEHL FISHER, JR.,<br><br>　　　　　Respondent. | No. 2: 16-cv-1002 JAM KJN P<br><br><br>ORDER |

Pending before the court is respondent's motion for a thirty day extension of time to file a response to the petition. Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's motion for an extension of time (ECF No. 17) is granted;

2. Respondent's response to the petition is due on or before June 29, 2017.

Dated: May 31, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Er1002.eot

1